UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/09
```

CHARLES FERRIGNO,

                Plaintiff,

-v-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, IMMIGRATION
AND CUSTOMS ENFORCEMENT,

                Defendant.

No. 09 Civ. 5878 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

     The Court is in receipt of Defendant's August 6, 2009 letter, which requests an extension of its time to respond to the Complaint in this matter. The letter indicates that the purpose of the request is to permit the parties to engage in settlement discussions, and that Plaintiff consents to the extension. Therefore, the request is granted. Accordingly, IT IS HEREBY ORDERED THAT Defendant shall answer or otherwise respond to the Complaint by September 10, 2009. All deadlines set forth in the Court's July 31, 2009 Order remain intact.

SO ORDERED.

DATED:     August 6, 2009
                New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE