UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09
```

CHARLES FERRIGNO,

                    Plaintiff,

-v-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, IMMIGRATION
AND CUSTOMS ENFORCEMENT,

                    Defendant.

No. 09 Civ. 5878 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of Plaintiff's September 21, 2009 letter, which requests that the status conference currently scheduled for September 24, 2009 be adjourned. The Defendant consents to this request. Accordingly, IT IS HEREBY ORDERED THAT the September 24, 2009 status conference shall be adjourned until October 15, 2009 at 10:30 a.m.

SO ORDERED.

DATED:    September 21, 2009
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE