UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09
```

CHARLES FERRIGNO,

                Plaintiff,

-v-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, IMMIGRATION
AND CUSTOMS ENFORCEMENT,

                Defendant.

No. 09 Civ. 5878 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    An initial conference in the above-captioned matter is currently scheduled for October 28, 2009 at 11:30 a.m. Due to a trial-related scheduling conflict, the conference is hereby rescheduled for thirty minutes earlier: October 28, 2009 at 11:00 a.m.

SO ORDERED.

DATED:      October 20, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE